THE RITZ CARLTON RESTAURANT AND HOTEL COMPANY v. JOHN R. DITMARS.— Motion for stay pending appeal denied, unless a satisfactory and technically proper undertaking is filed within five days. If this condition is complied with the stay pending appeal is granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS A. RICHARDS v. FREDERICK G. PHIPPS, as Treasurer, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FAIRFAX TEXTILE MILLS, INC., v. THE ROSENBERG-NEUGASS CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion granted vacating all stays in order of July 1, 1921. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGER D. LAWRENCE v. NEMOURS TRADING CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MAXWELL GELBERG.— Application denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB MEHRLUST and Others, as Executors and Trustees, etc., v. FREDERICK LESSER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MITSUI & CO, LTD., v. GERSETA CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUGH JONES v. ALEXANDER McCABE and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL E. FRIEDMAN v. MAX ROSENBLATT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.